IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIAM MAXWELL BEEH,

Plaintiff,

v.

SCB GLOBAL LTD, a foreign business
Corporation, SCB GLOBAL LTD LLC, a
foreign limited liability company, SAIF
AHMED, an individual, MUSLEH
RAHMAN, an individual, and MOHAMMED
SHAMS KHAN, an individual,

Defendants.

Case No. 3:26-cv-00447-JR

ORDER

RUSSO, Magistrate Judge:

Defendant SCB Global Ltd LLC ("the LLC") renews its motion to dismiss plaintiff William Maxwell Beeh's amended complaint pursuant to Rule 12(b)(6). Def.'s Renewed Mot. Dismiss (doc. 20). In his response, plaintiff requests that, before dismissing a defendant, the Court should allow plaintiff to conduct discovery limited to determining the proper defendant or defendants. Pl.'s Resp. to First Mot. Dismiss 8-9 (doc. 10).

Page 1 – ORDER

A party "may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except . . . by court order." Fed. R. Civ. P. 26(d)(1); *see also POW Nevada, LLC v. Doe 1*, 2018 WL 1470869, *1 (W.D. Wash. Mar. 26, 2018) ("This Court may authorize early discovery before the Fed. R. Civ. P. 26(f) conference for the parties' and witnesses' convenience and in the interests of justice.") (citing Fed. R. Civ. P. 26(d)). Limited discovery to "aid in the efficient resolution of this case" is appropriate where there are "genuine issues" as to which party is the proper defendant. *See Vita-Herb Nutriceuticals v. Lonza Bend, Inc.*, 2024 WL 4882128, *3 (D. Or. Nov. 25, 2024) (citation omitted).

The LLC's renewed motion to dismiss under Rule 12(b)(6) (doc. 20) is granted insofar as the operative complaint does not currently contain well-pleaded allegations as to the LLC. Additionally, plaintiff's request for limited discovery is granted. Plaintiff may request from defendants the limited information and documentation he requires to determine the correct employer or employers as pertinent to this lawsuit. The deadline for this limited discovery will be 45 days from the date of this Order. The parties are to file a status report with the Court at that time.

IT IS SO ORDERED.

DATED this 27th day of July, 2026.

_____/s/ Jolie A. Russo_____
Jolie A. Russo
United States Magistrate Judge

Page 2 – ORDER